UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MOORE, JR.,<br>  Plaintiff,<br>  v.<br>CACV OF COLORADO, LLC, et al.,<br>  Defendants. | Case No. 17-cv-06292-JSW<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 35 |

On February 2, 2018, the parties appeared before the Court for a case management conference. At that conference, the Court directed the parties to file a notice as to whether they would consent or decline to a Magistrate Judge by February 16, 2018. The parties did not comply that deadline. On February 26, 2018, the Court gave the parties one final opportunity to clearly state whether they consent or decline to proceed before a Magistrate Judge and directed the parties to comply by no later than March 6, 2018. The Court also advised the parties that if they failed to comply with that Order, the Court would issue an order directing them to show cause why the Court should not impose monetary sanctions in the amount of $250.00 for their failure to comply with the Court's deadline. The parties did not comply with the March 6, 2018 deadline to submit a notice stating whether they would consent or decline to proceed before a Magistrate Judge. Accordingly, the parties are HEREBY ORDERED to show cause why the Court should not impose monetary sanctions on them for their failure to comply with the deadlines set by the Court to do so.

//

//

//

The parties shall respond to this Order to Show Cause by March 14, 2018.

**IT IS SO ORDERED.**

Dated: March 7, 2018

_____
JEFFREY S. WHITE
United States District Judge